**DISMISS and Opinion Filed June 8, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00473-CV**

**IN RE JRMAR "JJ" JEFFERSON
AND LAMAR "YAKA" JEFFERSON, Relators**

**Original Proceeding from Dallas County, Texas**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Miskel

In this original proceeding, relators seek mandamus relief to require that their names be placed on the ballot for the May 6, 2023 election. Their petition comes too late, however, because it was filed after the election. *See In re Crenshaw*, No. 05-17-00330-CV, 2017 WL 1292013, at \*1 (Tex. App—Dallas Apr. 7, 2017, orig. proceeding) (mem. op.) (dismissing mandamus petition as moot because petition was filed after early voting by mail had already begun); *see also Bejarano v. Hunter*, 899 S.W.2d 346, 352 (Tex. App.—El Paso 1995, no writ) ("Where voting has begun, we believe the rights of the voters to an accurate, reliable ballot must override [candidate's] right to challenge his opponent's insufficient application for a place on that ballot.").

Accordingly, we dismiss as moot relators' petition for writ of mandamus. Having dismissed the petition, we also deny as moot relators' pending motions for declaratory relief, expedited consideration, and consolidation.

230473f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE